UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

PATRICIA ANN RAMSEY

CASE NO. 09-15727
CHAPTER 13

Debtor(s).
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM**
**AUTOMATIC STAY IN FAVOR OF CREDITOR, U.S. BANK, N.A.**

This case came before the Court upon the Motion For Relief From Automatic Stay filed by Movant, U.S. BANK, N.A., on December 22, 2009. The Court having considered said Motion and being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED as follows:

1. That the Motion of U.S. BANK, N.A. for Relief from Automatic Stay is granted. Debtor has not complied with the terms of the Order Establishing Procedures for Adequate Protection as Debtor has not filed an Amended Chapter 13 Plan providing the required treatment of Movant's claim.

2. The Automatic Stay imposed by § 362 of the Bankruptcy Code is modified for the purpose of allowing Movant to commence its foreclosure as to the property described as:

**LOTS 44, THROUGH 50, INCLUSIVE, AND LOTS 90 THROUGH 97, INCLUSIVE, BLOCK "J", CABANA CITY, PLAT BOOK 8, PAGE 61, PUBLIC RECORDS OF LEE COUNTY, FLORIDA.**

**A/K/A 1130 RIVER ROAD, N FORT MYERS, FL 33903**

and permitting Movant to offer and provide debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor(s), and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law provided, that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

DONE AND ORDERED at FORT MYERS, Florida, January 19, 2010 _____.

ALEXANDER L PASKAY
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
18820 U.S. HIGHWAY 19 NORTH, SUITE 212
CLEARWATER, FL 33764

PATRICIA ANN RAMSEY
1130 RIVER ROAD
NORTH FORT MYERS, FL 33903

DAVID LAMPLEY, ESQUIRE
THE DELLUTRI LAW GROUP, PA.
1436 ROYAL PALM SQUARE BOULEVARD
FORT MYERS, FL 33919

JON WAAGE
P O BOX 25001
BRADENTON, FL 34206-5001

FT. MYERS DIVISION
UNITED STATES TRUSTEE - FTM7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602